

# NUMBER 13-14-00118-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MADHAVAN PISHARODI, M.D.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Relator, Madhavan Pisharodi, M.D., filed a petition for writ of mandamus in the above cause on February 21, 2014, contending that the trial court erred in denying relator's motion to dismiss and plea to the jurisdiction. The Court requests that the real parties in interest, Torbury Limited Partnership, TW & Associates, LTD, Paul Lenz, Vickie Miles Rodriguez, Richard Slaydon, Chi D. Nguyen, M.D., Carlos Rosas, M.D., Chruma Partnership, LP, and Umang Khetarpal, M.D., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus

on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P.

52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of February, 2014.